21 F.3d 895
 NEVADA ENTERTAINMENT INDUSTRIES, INC., a Nevada Corporation;
Daniel Bishop, Plaintiffs-Appellants-Cross-Appellees,
v.
CITY OF HENDERSON, a Nevada Municipal Corporation; James
Goff, Chief of Police and the City of Henderson,
Defendants-Appellees-Cross-Appellants.
 Nos. 92-17054, 93-15052.
 United States Court of Appeals,
Ninth Circuit.
 April 7, 1994.
 
 1
 Before: BROWNING and CANBY, Circuit Judges, and KELLEHER,* Senior District Judge.
 
 ORDER
 
 2
 The petition for rehearing is granted. The opinion reported at 8 F.3d 1348 (9th Cir.1993) is withdrawn.
 
 
 
 *
 The Honorable Robert J. Kelleher, Senior Judge, United States District Court for the Central District of California, sitting by designation